# Brafman & Associates, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/29//20__

BENJAMIN BRAFMAN
———

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JOSHUA D. KIRSHNER

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

December 22, 2020

VIA ECF
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:  United States v. Jacobs, 20 CR 660 (ALC)

Dear Judge Carter:

As part of the bail conditions in the above-referenced case, Mr. Rafael Jacobs's travel was limited to the Southern and Eastern Districts of New York.  We write the Court requesting a modification of these travel restrictions to allow Mr. Jacobs to travel to the District of New Jersey.  Mr. Jacobs has business customers located in New Jersey, as part of his business installing and servicing credit card processing machines.  He would like to travel to New Jersey to work with these customers.

BRAFMAN & ASSOCIATES, P.C.

We have communicated with the Government (AUSAs Samuel Raymond and David Felton) and Pretrial Services (Officer Dominique Jackson), and both consent to our request. Thank you for your consideration.

Respectfully submitted,
s/
_____
Marc Agnifilo
Zach Intrater

cc:     AUSAs Samuel Raymond & David Felton (via email)
        Pretrial Services Officer Dominique Jackson (via email)

**The application is granted.**
**So Ordered.**

_Andrew L. Carter_   12/29/20