**MEMO ENDORSED**

# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
256 FIFTH AVENUE, 2ND FLOOR
NEW YORK, NEW YORK 10001
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/17/21

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

February 16, 2021

VIA ECF
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re: United States v. Jacobs, 20 CR 660 (ALC)

Dear Judge Carter:

As part of the bail conditions in the above-referenced case, Mr. Rafael Jacobs's travel is limited to the Southern and Eastern Districts of New York and the District of New Jersey. We write the Court requesting a modification of these travel restrictions to allow Mr. Jacobs to travel to the Southern District of Florida from February 18, 2021 until February 25, 2021. Mr. Jacobs has several business customers located in Miami, where he would like to travel, as part of his business installing and servicing credit card processing machines. He would like to travel to Florida to work with these customers and potentially secure new clients.

BRAFMAN & ASSOCIATES, P.C.

      We have communicated with the Government (AUSAs Samuel Raymond and David Felton) and Pretrial Services (Officer Dominique Jackson). The Government has graciously consented to this request (we have sent Mr. Jacobs's proposed itinerary and list of customers), and Pretrial Services has taken no position. Thank you for your consideration.

                                              Respectfully submitted,
                                              s/
                                              Marc Agnifilo
                                              Zach Intrater

cc:    AUSAs Samuel Raymond & David Felton (via email)
         Pretrial Services Officer Dominique Jackson (via email)

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter*   2/17/21