# Brafman & Associates, P.C.

ATTORNEYS AT LAW
256 FIFTH AVENUE, 2ND FLOOR
NEW YORK, NEW YORK 10001
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/3/21

BENJAMIN BRAFMAN
———
MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

March 2, 2021

VIA ECF
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re: United States v. Jacobs, 20 CR 660 (ALC)

Dear Judge Carter:

As part of the bail conditions in the above-referenced case, Mr. Rafael Jacobs's travel is limited to the Southern and Eastern Districts of New York and the District of New Jersey. We write the Court requesting a modification of these travel restrictions to allow Mr. Jacobs to travel to the Northern District of Georgia from March 3, 2021 until March 11, 2021. Mr. Jacobs has an Independent Sales Organization contract with a credit card processing company in Alpharetta, Georgia, where he would like to travel, as part of his business installing and servicing credit card processing machines. He would like to travel to Georgia for meetings with the processing company and potentially to secure new clients.

BRAFMAN & ASSOCIATES, P.C.

      We have communicated with the Government (AUSAs Samuel Raymond and David Felton) and Pretrial Services (Officer Dominique Jackson).  The Government has graciously consented to this request (we have sent Mr. Jacobs's contract with the processing company and the company's address), and Pretrial Services has taken no position.  Thank you for your consideration.

                                                                                  Respectfully submitted,
                                                                                   s/
                                                                          Marc Agnifilo
                                                                          Zach Intrater

cc:    AUSAs Samuel Raymond & David Felton (via email)
       Pretrial Services Officer Dominique Jackson (via email)

                                   The application is **GRANTED.**
                                   So Ordered.

                                                                                                 3/3/21