| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>-------------------------------------------------------------- x<br>**UNITED STATES**,<br><br>                                    **Plaintiff,**<br><br>                    v.<br><br>**RAFAEL JACOBS,**<br><br>                                    **Defendant.**<br>-------------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __3/11/2021__<br><br>**1:20-cr-00660-ALC-14**<br><u>**SCHEDULING ORDER**</u> |

**ANDREW L. CARTER, JR., District Judge:**

The Court hereby schedules a Telephonic Conference on March 15, 2021 at 03:30 p.m.

Participants are directed to contact the Court at that date and time at (888) 363-4749 (access code: 3768660).

**SO ORDERED.**
**Dated: March 11, 2021**
          **New York, New York**

_____
 **ANDREW L. CARTER, JR.**
 **United States District Judge**