USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-21-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America,

                Plaintiff,

-against-

Rafael Jacobs,

                Defendants.
------------------------------------------------------------X

**Notice of Conference**

**20-CR-660 (ALC)**

       A **Status Conference** as to Defendant Rafael Jacobs only is scheduled for **June 29, 2021** at **12:00 p.m.** in Courtroom 1306 located on the 13th Floor at 40 Foley Square, New York, New York. *All counsel is directed to appear for the conference in person and report to the Courtroom upon arrival to the Courthouse.*

       **SO ORDERED.**

Dated: New York, New York
       June 21, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE