UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-17-24

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

RAFAEL JACOBS,

               Defendant.

20-CR-660 (ALC)

**ORDER**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

    The Final Pre-trial Conference set for February 15, 2024 is adjourned sine die.

**SO ORDERED.**

Dated:    New York, New York
            January 17, 2024

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**