```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-18-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

    - v. –                                              20-CR-660 (ALC)

RAFAEL JACOBS,                                   **ORDER**

                    Defendant.
-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **May 2, 2024** at **2:00 p.m.**

SO ORDERED.

Dated:    New York, New York
           April 18, 2024

                                                ANDREW L. CARTER, JR.
                                                United States District Judge